# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

                                                                         RE:    Eduardo VASQUEZ
                                                                             Docket Number:   1:10CR00071-03
                                                                             PERMISSION TO TRAVEL
                                                                             <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Mexico to visit his ailing father. Due to the nature of his request, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 22, 2010, Mr. Vasquez was sentenced for the offenses of 21 USC 846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute Methamphetamine.

**Sentence imposed:** 57 months custody Bureau of Prisons, 60 months Supervised Release, $100 Special Assessment. Special conditions of supervision include warrantless search; financial disclosure; financial restrictions; correctional treatment; pager/cellular phone restrictions; aftercare co-payment; and drug offender registration.

**Dates and Mode of Travel:** Mr. Vasquez has yet to secure travel arrangements. He is awaiting the Court's approval before he purchases a bus or train ticket. If Mr. Vasquez's request is approved, he will provide the probation officer with all the necessary information.

**Purpose:** Mr. Vasquez was released from custody on March 8, 2013, and his father's health is deteriorating. He would like to see his father before his condition worsens. During his three-day visit, Mr. Vasquez will stay at his parents' home located at Calle 20 #2022 col. Libertad Parte Alta, Tijuana, Baja California C.P: 22404 Mexico.

                                                       Respectfully Submitted,

                                                       */s/ Kris M. Miura*

                                                     **KRIS M. MIURA**
                                                    **United States Probation Officer**

RE: Eduardo VASQUEZ
Docket Number: 1:10CR00071-003
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

DATED: June 17, 2013
Elk Grove, California
KMM/sda

REVIEWED BY: /s/ Jack C. Roberson
**JACK C. ROBERSON**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___**X**___   Disapproved _____

IT IS SO ORDERED.

Dated: June 18, 2013

_____
SENIOR DISTRICT JUDGE

2